SLIP OP. 06-23

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| NIPPON STEEL CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Before: Jane A. Restani, |
| | : | Chief Judge |
| UNITED STATES, | : | |
| Defendant, | : | Consol. Court No. 99–08-00466 |
| and | : | |
| U.S. STEEL GROUP, A Unit of USX Corporation, ISPAT INLAND INC., GALLATIN STEEL, IPSCO STEEL, INC., STEEL DYNAMICS, INC., and WEIRTON STEEL CORPORATION, | : | |
| Defendant-Intervenors. | : | |

## JUDGMENT

Upon consideration of the Final Results of Redetermination Pursuant to Court Remand filed by the United States Department of Commerce in the above-captioned action on December 2, 2003, all other papers and proceedings herein, and the lack of comment thereon, it is hereby,

**ORDERED** that the Final Results of Redetermination Pursuant to Court Remand are affirmed in all respects.

/s/ Jane A. Restani
Jane A. Restani
Chief Judge

Dated: New York, New York
This 22nd day of February, 2006